[904 NE2d 832, 876 NYS2d 696]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORRAINE WASHINGTON, Appellant.

Decided February 19, 2009

■■■■■■■

### APPEARANCES OF COUNSEL

*Center for Appellate Litigation*, New York City (*William A. Loeb* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Richard Nahas* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed (*see People v Guerrero*, 12 NY3d 45 [2009] [decided today]).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.